IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEBRALYNN MURDOCK**<br>*Plaintiff* | **CIVIL ACTION**<br><br>NO. 14-5188 |
| v. | |
| **ESPERANZA, INC.**<br>*Defendant* | |

# ORDER

**AND NOW**, this 22nd day of April 2015, upon consideration of Defendant's *motion to dismiss*, [ECF 4], Plaintiff's response in opposition thereto, [ECF 5], and Defendant's reply, [ECF 6], it is hereby **ORDERED**, consistent with the Memorandum Opinion filed on this day, that Defendant's motion is **GRANTED** and Plaintiff's complaint is **DISMISSED**.

The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

_____
NITZA I. QUIÑONES ALEJANDRO, J.